**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UWE R. TAYLOR,** | § | |
| **Plaintiff,** | § | |
| v. | § | Civil Action No. 3:10-cv-1158-O |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social Security,** | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and Recommendation in this case (ECF No. 23), on June 27, 2011. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **14th day** of **September, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**